## United States District Court for the Northern District of Illinois

Case Number: 08cv1284                     Assigned/Issued By: J. N.

Judge Name: LEFKOW                        Designated Magistrate Judge: KEYS

### FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00
                [ ] IFP        [ ] No Fee    [ ] Other _____
                [ ] $455.00

Number of Service Copies _____         Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____              Receipt #: 2583976_____

Date Payment Rec'd: 3-4-08_____         Fiscal Clerk: J. N._____

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

_1_ Original and _0_ copies on _3-4-08_ as to _DEFENDANT_____
                                (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05