IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al.<br><br>          Plaintiffs,<br><br>  v.<br><br>BESTILE, INC.<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 08 C 1284<br>) Judge Lefkow<br>)<br>)<br>)<br>)<br>) |

NOTICE OF VOLUNTARY DISMISSAL

Bestile, Inc.
15555 S. 71st Ct.
Orland Park, IL 60462

      PLEASE TAKE NOTICE that on May 6, 2008, pursuant to Fed. R. Civ. P. 41 (a)(1)(i), the plaintiffs hereby voluntarily dismiss this action without prejudice.

TRUSTEES OF THE CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND et al.

By: s/ DANIEL P. McANALLY
      Attorney for Plaintiffs


Certificate of Service
      I, Daniel P. McAnally, plaintiffs' attorney hereby certify that I served the above and foregoing Notice of Dismissal via U.S. first class mail to the person/s to who said Notice is directed on May 6, 2008.

Whitfield & McGann
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700