UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Trustees of the Chicago Regional Council of
Carpenters Pension Fund, et al.

                                            Plaintiff,

v.                                            Case No.:
                                            1:08−cv−01284
                                            Honorable Joan H.
                                            Lefkow

Bestile, Inc.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable Joan H. Lefkow:Status hearing stricken. Pursuant to Notice of Voluntary Dismissal, case is dismissed without prejudice. Civil Case Terminated.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.